FILED
2014 DEC -5 PM 2: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN KUBICK, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WHOLE FOODS MARKET, INC.,

Defendant.

Case No. 1:14-CV-01013-SS

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Defendant's Unopposed Motion to Stay Proceedings Pending Ruling on Motion for Transfer by the Judicial Panel on Multidistrict Litigation" [#17 filed December 2, 2014] and, thereafter, enters the following:

IT IS ORDERED that the motion is GRANTED, and this action is STAYED for a period up to NINETY (90) DAYS to allow the Judicial Panel on Multidistrict Litigation time to decide whether to accept this case by appropriate transfer. If no transfer has occurred within the ninety-day period, the parties are ORDERED to file a status report so appropriate procedures can be placed in this case for the parties. In the interim, the parties are relieved for filing any pleadings, discovery, or any other obligations until further order of this Court.

SIGNED this 5th day of December 2014.

_____
HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE

18625503v.1