# EXHIBIT A
# TO CROSS-COMPLAINT
# FILED UNDER SEAL

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

# EXHIBIT J

# EXHIBIT K

# EXHIBIT L

# EXHIBIT M